# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-3154
LT Case No. 16-2020-CF-002084-AXXXMA

_____

TERRY JEROME HAGANS,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____

On appeal from the Circuit Court for Duval County.
Lindsay L. Tygart, Judge.

Terry Jerome Hagans, Century, pro se.

No Appearance for Appellee.

February 12, 2026

PER CURIAM.

   AFFIRMED.

WALLIS, HARRIS, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____